**JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)**

# Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:** Braintree, Stoneham, etc.   **Category No.** II   **Investigating Agency** FBI

**City:** Braintree / Stoneham
**County:** Norfolk / Middlesex

**Related Case Information:**
Superseding Ind./ Inf.: NA    Case No.: ___
Same Defendant: ___    New Defendant: ___
Magistrate Judge Case Number: 26-mj-6166-MPK
Search Warrant Case Number: ___
R 20/R 40 from District of: ___

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number ___   ☐ Yes ☐ No

**Defendant Information:**
Defendant Name: Lestter Guerrero    Juvenile: ☐ Yes ☑ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No
Alias Name: ___
Address: ___
Birth date (Yr only): 1997   SSN (last 4#): ___   Sex: M   Race: ___   Nationality: Venezuela

Defense Counsel if known: ___   Address: ___
Bar Number: ___

**U.S. Attorney Information**
AUSA: Kaitlin J. Brown    Bar Number if applicable: 694636

Interpreter: ☑ Yes ☐ No    List language and/or dialect: ___
Victims: ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No
Matter to be SEALED: ☐ Yes ☑ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** In ICE custody, Stafford Cty. DOC
**Arrest Date:** February 7, 2026

☐ Already in Federal Custody as of ___ in ___.
☐ Already in State Custody at ___   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: ___   on ___

**Charging Document:**   ☑ Complaint   ☐ Information   ☐ Indictment
**Total # of Counts:**   ☐ Petty ___   ☐ Misdemeanor ___   ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 2/25/2026   Signature of AUSA: *Kaitlin J. Brown*

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Lestter Guerrero

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Commit Bank Theft | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**